UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DOREEN HARRIS, *pro se,*

                  Plaintiff,

      -against-

                                           **SUMMARY ORDER**

THE DEPARTMENT OF HOUSING                    08-CV-1886 (DLI) (LB)
PRESERVATION AND DEVELOPMENT;
Director of State Legislative, JOHN
MAZZITELLI; Director, Asset Sales Program,
NICK STAVRIOTIS; Legal Affairs,
MAIRAN WHITE; and ARTTIMECHE
PEARSON, Director, Administration and
Compliance; THE DEPARTMENT OF
CITYWIDE ADMINISTRATIVE SERVICES,
DIVISION OF REAL ESTATE SERVICES,
Director of Release Center, JAMES MONTEFINISE;
MR. ROBERT; THOMAS PRUZAN - Pruzan
Law Firm; NAPCO HOLDINGS LLC; PETER
AND NICHOLAS NAKOS; ANGELA MARINOS,

                  Defendants.
-----------------------------------------------------------------x
**DORA L. IRIZARRY, United States District Judge:**

      Plaintiff Doreen Harris filed this action *pro se* on May 5, 2008.  By Memorandum and Order

dated August 5, 2008, plaintiff was granted 30 days leave to file an amended complaint with regard

to her Fair Housing Act ("FHA") claim.   On September 5, 2008, plaintiff filed an amended

complaint as directed.  Having reviewed plaintiff's amended complaint pursuant to Swierkiewicz

v. Sorema, N.A., 534 U.S. 506, 512 (2002) and Sealed Plaintiff v. Sealed Defendant, ---- F.3d ----,

2008 WL 3294864, at *5 (2d Cir. Aug. 12, 2008) (citing Boykin v. KeyCorp, 521 F.3d 202, 216 (2d

Cir. 2008)), plaintiffs' remaining claim shall proceed and the matter is referred to Magistrate Judge

Lois Bloom for pretrial proceedings.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose

of an appeal.  Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:  Brooklyn, New York
       September 30, 2008

_____
               /s/
Dora L. Irizarry
United States District Judge